Leo Fick, Sr., Appellee, v. City of Chicago, a Municipal Corporation, and George L. Ramsey, Commissioner of Buildings of City of Chicago, Illinois, Appellants.

Gen. No. 47,427. 

First District, Second Division.
December 2, 1958.
Released for publication December 23, 1958.

John C. Melaniphy, Corporation Counsel of City of Chicago (Sydney R. Drebin, James R. Bryant, Jr., Assistant Corporation Counsel, of counsel) for defendants-appellants; no brief filed for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.